UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>-against-<br><br>EVOLVE BANCORP, INC., and EVOLVE BANK & TRUST,<br><br>Defendants. | Docket No: 3:24-cv-6456<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel for Plaintiff Yotta Technologies Inc. submits the following corporate disclosure:

Yotta Technologies Inc. is a non-governmental corporate party, it has no corporate parent and no publicly held corporation owns more than 10% of its stock.

**Dated**:  New York, New York
             September 13, 2024

/s/ Rishi Bhandari
Rishi Bhandari
MANDEL BHANDARI LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Fax:    (646) 964-6667
rb@mandelbhandari.com

*Attorneys for Plaintiff*
*Yotta Technologies Inc.*