| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mandel Bhandari LLP <dc@mandelbhandari.com><br>80 Pine Street, 33rd Floor<br>New York, NY 10005<br><br>TELEPHONE NO.: **917-575-2210** FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* **YOTTA TECHNOLOGIES INC.** | |

**United States District Court, Northern District of California**

STREET ADDRESS: **450 Golden Gate Ave. 16th Floor**
MAILING ADDRESS: **450 Golden Gate Ave. 16th Floor**
CITY AND ZIP CODE: **San Francisco 94102**
BRANCH NAME: **Phillip Burton Federal Building**

| PLAINTIFF/PETITIONER: **YOTTA TECHNOLOGIES INC.** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **EVOLVE BANCORP, INC., and EVOLVE BANK & TRUST** | **3:24-CV-6456-DMR** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**Yotta** |
|---|---|

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents):*
   **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; NOTICE OF ASSIGNMENT OF CASE; CONSENT OR DECLINATION  TO MAGISTRATE JUDGE  JURISDICTION; STANDING ORDER; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE  AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES  OF THE NORTHERN DISTRICT OF CALIFORNIA**

3. a. Party served *(specify name of party as shown on documents served):*
      **Evolve Bank & Trust**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*

4. Address where the party was served:
   **2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **09/17/2024** at *(time):* **1:42 PM**

   b. [ ] **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*       from *(city):*       or [ ] a declaration of mailing is attached.

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure. § 417.10
Tracking #: **0143278602**

REF: **Yotta**

| PLAINTIFF/PETITIONER:  YOTTA TECHNOLOGIES INC. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   EVOLVE BANCORP, INC., and EVOLVE BANK & TRUST | 3:24-CV-6456-DMR |

(5) ☐   I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐   **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):*                    (2) from *(city):*

(3) ☐   with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐   **by other means** *(specify means of service and authorizing code section):*

☐   Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐   as an individual defendant.

b. ☐   as the person sued under the fictitious name of *(specify):*

c. ☐   as occupant.

d. ☒   On behalf of *(specify)*   **Evolve Bank & Trust**

under the following Code of Civil Procedure section:

☒   416.10 (corporation)                      ☐   415.95 (business organization, form unknown)
☐   416.20 (defunct corporation)             ☐   416.60 (minor)
☐   416.30 (joint stock company/association)  ☐   416.70 (ward or conservatee)
☐   416.40 (association or partnership)       ☐   416.90 (authorized person)
☐   416.50 (public entity)                    ☐   415.46 (occupant)
                                              ☐   other:

7.  **Person who served papers**

a. Name:                **Monica Anaya**
b. Address:             **1455 E G st, Suite C, Oakdale, CA 95361**
c. Telephone number:    **209-269-7122**
d. The fee for service was: **$ 140.00**
e. I am:

(1) ☐   not a registered California process server.

(2) ☐   exempt from registration under Business and Professions Code section 22350(b).

(3) ☒   registered California process server:
(i) ☐ owner   ☐ employee   ☒ independent contractor.   For:   **ABC Legal Services, LLC**

(ii) ☒   Registration No.:   **23-017**          Registration #:   **6779**

(iii) ☒   County:   **County of Stanislaus**      County:   **Los Angeles**

**BY FAX**

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Tracking #: **0143278602**

 REF: **Yotta**



8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 09/17/2024

_____
**Monica Anaya**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

REF: **Yotta**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0143278602**

