v
BETTY KIM (SBN 341060)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone:  +1 213 612 2109
Facsimile:  +1 213 612 2100
betty.kim@orrick.com

*Attorney for Defendants*
*Evolve Bancorp, Inc. and Evolve Bank & Trust*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>EVOLVE BANCORP, INC. and EVOLVE BANK & TRUST,<br><br>Defendants. | Case No. 4:24-cv-06456-DMR<br><br>**DEFENDANT EVOLVE BANK & TRUST'S CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATE**<br><br>Judge:    Magistrate Judge Donna M. Ryu<br>Trial Date: None Set<br>Date Action Filed: Sept. 13, 2024 |

Defendant Evolve Bank & Trust ("Evolve"), by and through undersigned counsel, hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1(a):

Evolve is an Arkansas-chartered bank and is incorporated in Arkansas, with its operational headquarters in Tennessee. It is wholly owned by Evolve Bancorp, Inc., an Arkansas corporation with its principal place of business in Tennessee. Evolve Bancorp, Inc. is a privately held bank holding company. Evolve Bancorp, Inc. has no parent corporation or publicly held corporation owning 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, on behalf of Evolve, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

| | |
|---|---|
| Dated: September 27, 2024 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | By: */s/ Betty Kim*<br>BETTY KIM (SBN 341060)<br>355 S. Grand Ave., Ste. 2700<br>Los Angeles, CA 90071<br>betty.kim@orrick.com<br><br>*Attorney for Defendants*<br>*Evolve Bancorp, Inc. and Evolve Bank & Trust* |

DEFENDANT EVOLVE BANK & TRUST'S CORPORATE DISCLOSURE STATEMENT & CIVIL L.R. 3-15 CERTIFICATE      2      Case No. 4:24-cv-06456-DMR