BETTY KIM (SBN 341060)
ORRICK, HERRINGTON & SUTCLIFFE LLP
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone:    +1 213 612 2109
Facsimile:    +1 213 612 2100
betty.kim@orrick.com

*Attorney for Defendants*
*Evolve Bancorp, Inc. and Evolve Bank & Trust*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>EVOLVE BANCORP, INC. and EVOLVE BANK & TRUST,<br><br>             Defendants. | Case No. 4:24-cv-06456-DMR<br><br>**DEFENDANT EVOLVE BANCORP, INC.'S CORPORATE DISCLOSURE STATEMENT AND CIVIL L.R. 3-15 CERTIFICATE**<br><br>Judge:    Magistrate Judge Donna M. Ryu<br>Trial Date: None Set<br>Date Action Filed: Sept. 13, 2024 |

Defendant Evolve Bancorp, Inc., by and through undersigned counsel, hereby makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1(a):

Evolve Bancorp, Inc. is an Arkansas corporation with its principal place of business in Tennessee. Evolve Bancorp, Inc. is a privately held bank holding company that wholly owns Evolve Bank & Trust. Evolve Bancorp, Inc. has no parent corporation or publicly held corporation owning 10% or more of its stock.

Pursuant to Civil Local Rule 3-15, on behalf of Evolve Bancorp, Inc., the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1

2  Dated: September 27, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

3

4                                                By: */s/ Betty Kim*
                                                 BETTY KIM (SBN 341060)
5                                                355 S. Grand Ave., Ste. 2700
                                                 Los Angeles, CA 90071
6                                                betty.kim@orrick.com

7                                                *Attorney for Defendants*
                                                 *Evolve Bancorp, Inc. and Evolve Bank & Trust*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT EVOLVE BANCORP, INC.'S            2            Case No. 4:24-cv-06456-DMR
CORPORATE DISCLOSURE STATEMENT
& CIVIL L.R. 3-15 CERTIFICATE