1  BETTY KIM (SBN 341060)
   355 S. Grand Ave., Ste. 2700
2  Los Angeles, CA 90071
   Telephone:   +1 213 612 2109
3  Facsimile:   +1 213 612 2100
   betty.kim@orrick.com
4
   *Attorney for Defendants*
5  *Evolve Bancorp, Inc. and Evolve Bank & Trust*

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | YOTTA TECHNOLOGIES INC., | Case No. 4:24-cv-06456-DMR |
12 | Plaintiff, | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
13 | v. | |
14 | EVOLVE BANCORP, INC. and EVOLVE BANK & TRUST, | Judge:   Magistrate Judge Donna M. Ryu |
15 | | Trial Date: None Set |
   | Defendants. | Date Filed: Sept. 13, 2024 |
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED]           1           4:24-cv-06456-DMR
ORDER RE EXTENSION OF TIME
TO RESPOND TO COMPLAINT

The parties, through their respective counsel, hereby stipulate pursuant to Civil Local Rule 6-1 as follows:

1. On September 13, 2024, Plaintiff Yotta Technologies Inc. ("Yotta") commenced this action in the United States District Court for the Northern District of California by filing the Complaint in the above captioned matter. ECF 1.

2. Yotta duly served the Summons and Complaint on Defendants Evolve Bancorp, Inc. and Evolve Bank & Trust (collectively "Defendants") on September 17, 2024. ECF 7 & 8. Defendants acknowledge service of the Summons and Complaint.

3. On September 19, 2024, counsel for Defendants contacted counsel for Yotta requesting an extension of 60 days to respond to the Complaint, and Counsel for Yotta provided consent the same day.

4. This will not impact any event or deadline already fixed by Court order.

5. Thus, the Parties hereby stipulate that Defendants' deadline to respond to Plaintiff's Complaint is up to and including December 9, 2024.

**IT IS SO STIPULATED.**

Dated: September 27, 2024

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Betty Kim*
BETTY KIM (SBN 341060)
355 S. Grand Ave., Ste. 2700
Los Angeles, CA 90071
Telephone:   +1 213 612 2109
Facsimile:   +1 213 612 2100
betty.kim@orrick.com

*Attorney for Defendants*
*Evolve Bancorp, Inc. and Evolve Bank & Trust*

Dated: September 27, 2024

MANDEL BHANDARI LLP

By: */s/ Rishi Bhandari*
RISHI BHANDARI (SBN 226055)
80 Pine Street, 30th Floor
New York, NY 10007
rb@mandelbhandari.com

                                      *Attorney for Plaintiff*
                                      *Yotta Technologies Inc.*

**CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

     I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: September 27, 2024                       By: */s/ Betty Kim*
                                                                       BETTY KIM

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that Defendants EVOLVE BANCORP, INC. and EVOLVE BANK & TRUST shall serve on the Plaintiff an answer to the above complaint or a motion under Rule 12 of the Federal Dules of Civil Procedure by no later than December 9, 2024.

DATED: _____           _____

United States District Judge