1  ARAVIND SWAMINATHAN (PRO HAC VICE)
   aswaminathan@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   401 Union Street, Suite 3300
3  Seattle, WA 98101
   Telephone:   +1 206 839 4300
4  Facsimile:   +1 206 839 4301

5  MARC R. SHAPIRO (PRO HAC VICE)
   mrshapiro@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
7  New York, NY 10019-6142
   Telephone:   +1 212 506 3546
8  Facsimile:   +1 212 506 5151

9  SARAH DAVIS (STATE BAR NO. 275145)
   sdavis@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
11 405 Howard Street
   San Francisco, CA 94105-2669
12 Telephone:   +1 415 773 5700
   Facsimile:   +1 415 773 5759
13
   Attorneys for Defendant
14 Evolve Bank & Trust.

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 YOTTA TECHNOLOGIES INC., | Case No. 3:24-CV-06456-TLT |
| 20        Plaintiff, | **DECLARATION OF HANK WORD IN SUPPORT OF EVOLVE BANK AND TRUST'S MOTION TO DISMISS** |
| 21    v. | |
| 22 EVOLVE BANCORP, INC. and EVOLVE BANK & TRUST, | |
| 23        Defendants. | |

24
25
26
27
28

I, Hank Word, declare as follows:

1. I am the President of Open Banking at Evolve Bank & Trust ("Evolve"). I have worked for Evolve since October 2014, first as Senior Vice President of Technology and System Strategies, then as Chief Technology Officer, before assuming my current role as the President of Open Banking in February 2022.

2. I am over eighteen years of age and am competent to make this declaration. I submit this declaration in support of Evolve's Motion to Dismiss the Complaint. I make this declaration based on my personal knowledge, the books and records of Evolve, information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information, and on information and belief.

3. Evolve provided banking services for customers of the financial technology ("fintech") company, Yotta Technologies Inc. ("Yotta"), through Synapse Financial Technologies ("Synapse"). To sign up for an account with Yotta, each customer must agree to be bound by a Consumer Interest Checking Account Agreement ("Account Agreement"), which is provided to the customer by Synapse on behalf of Evolve. The Account Agreement governs the demand deposit account that is ultimately created when a user signs up for a Yotta account.

4. Attached as Exhibit A is a true and correct copy of the most current version of the Account Agreement.

5. The Account Agreement can be found by clicking a link titled "Deposit Agreement" at the bottom of every page of Yotta's banking product website, https://banking.withyotta.com/. The direct hyperlink to the Deposit Agreement is as follows: https://cdn.prod.website-files.com/66fc446ec1b718718c239755/66fc446ec1b718718c2399db_Yotta_Account_Agreement.pdf.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2024 at Memphis, Tennessee.

_____
Hank Word