**MB MANDEL BHANDARI LLP**

80 Pine St | Fl 33 | New York, NY | 10005 | T. (212) 269-5600 | F. (646) 964-6667 | www.mandelbhandari.com

January 6, 2025

**BY ECF**

Hon. Trina L. Thompson
San Francisco Courthouse, Courtroom 9
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Yotta Technologies Inc. v. Evolve Bancorp, Inc., et al.*, No. 3:24-cv-06456-TLT

Dear Judge Thompson,

    We represent Yotta Technologies, Inc. and, pursuant to the Court's January 3, 2025 Order directing the Parties to submit a proposed schedule, we write on behalf of all Parties to the above-captioned action. The Parties respectfully propose that discovery proceed as follows:

| EVENT | DATE OR DEADLINE |
|---|---|
| Deadline to Add Parties or Amend Pleadings | 60 Days After Resolution of Motions To Dismiss |
| Completion of Initial ADR Session | April 30, 2025 |
| Fact Discovery Cutoff | December 19, 2025 |
| Initial Expert Reports and Disclosures | February 17, 2026 |
| Rebuttal Expert Reports | March 19, 2026 |
| Expert Discovery Cutoff | April 20, 2026 |
| Last Day to Hear Dispositive Motions | June 4, 2026 |

    Evolve Bancorp contends that discovery against it is improper until this Court resolves its jurisdictional challenge and contends that discovery against it should be stayed. Plaintiff opposes a stay. The Parties will meet and confer with respect to this discovery dispute.

                                     Yours truly,

                                     /s/ Rishi Bhandari

                                   Rishi Bhandari