ARAVIND SWAMINATHAN (PRO HAC VICE)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:     +1 206 839 4300
Facsimile:     +1 206 839 4301

MARC R. SHAPIRO (PRO HAC VICE)
mrshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:     +1 212 506 3546
Facsimile:     +1 212 506 5151

SARAH DAVIS (STATE BAR NO. 275145)
sdavis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendants
Evolve Bancorp, Inc. and Evolve Bank & Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> EVOLVE BANCORP, INC. and EVOLVE BANK & TRUST, <br><br> Defendants. | Case No. 3:24 CV-06456-TLT <br><br> **STATEMENT REGARDING RELATED CASES** <br><br> Judge:    Hon. Trina L. Thompson <br> Trial Date: June 21, 2027 <br> Date Action Filed: Sept. 13, 2024 |

Pursuant to the Court's January 7, 2025 Order directing the Parties to file a statement listing any related cases, Defendants Evolve Bancorp, Inc. and Evolve Bank & Trust[1] respectfully submit the following:

N.D. Cal. Local Rule 3-12 provides that "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Defendants are unaware of any cases that would be considered "related" cases under Local Rule 3-12. In the spirit of transparency, however, Defendants identify the cases below, which arise from or are related to the bankruptcy of Synapse Financial Technologies, Inc., and/or involve claims regarding the resulting effect on end users of certain fintech platforms, including Yotta.

1. *Margul, et al. v. Evolve Bank & Trust, et al.*, No. 24-cv-03259 (D. Colo. Nov. 22, 2024) (case is pending – Defendants' responsive pleadings are currently due January 24, 2025 – ECF Nos. 5-6).

2. *Miller, et al. v. Evolve Bank & Trust, et al.*, No. 24-cv-03261 (D. Colo. Nov. 23, 2024) (case is pending – Defendants' responsive pleadings are currently due January 23, 2025; Plaintiff's counsel has not yet filed the waivers of service executed by Defendants.)

3. *Saquin, et al. v. Evolve Bank & Trust, et al.*, No. 24-cv-03262 (D. Colo. Nov. 23, 2024) (case is pending – Defendants' responsive pleadings are currently due January 24, 2025 – ECF Nos. 4-5).

4. *Tonner, et al. v. Evolve Bank & Trust, et al.*, No. 24-cv-03509 (D. Colo. Dec. 19, 2024) (case is pending – Defendants' responsive pleadings are currently due March 7, 2025; Plaintiffs' counsel has not yet filed the waivers of service executed by Defendants.)

5. *Felton, et al. v. Evolve Bank & Trust, et al.*, No. 24-cv-10317 (C.D. Cal. Nov. 27,

---

[1] Evolve Bancorp has filed a motion challenging this Court's jurisdiction. By responding to the Court's January 7, 2025 order, Evolve Bancorp is making a special appearance and in no way concedes jurisdiction and expressly reserves and preserves all rights and defenses thereto.

2024) (case is pending – Defendants' responsive pleadings are currently due February 10, 2025 – ECF Nos. 25-26).

Dated: January 10, 2024

Orrick, Herrington & Sutcliffe LLP

By: */s/ Aravind Swaminathan*
ARAVIND SWAMINATHAN
Attorney for Defendants
Evolve Bank & Trust and Evolve Bancorp, Inc.