RISHI BHANDARI (SBN 226055)
rb@mandelbhandari.com
**MANDEL BHANDARI LLP**
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 269-5600
Facsimile: (646) 964-6667

*Attorneys for Plaintiff Yotta Technologies Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

YOTTA TECHNOLOGIES INC.,

        Plaintiff,

    -against-

EVOLVE BANCORP, INC., and
EVOLVE BANK & TRUST,

        Defendants.

Docket No: 3:24-cv-6456

**DECLARATION OF RISHI BHANDARI IN SUPPORT OF YOTTA TECHNOLOGIES INC.'S OPPOSITION TO DEFENDANT EVOLVE BANK & TRUST'S MOTION TO DISMISS**

I, Rishi Bhandari, declare as follows:

1.      I am a partner in the law firm of Mandel Bhandari LLP and counsel of record for Plaintiff Yotta Technologies Inc. ("Yotta").   I submit this Declaration in support of Yotta Technologies Inc.'s Opposition to Defendant Evolve Bank & Trust's Motion to Dismiss.   I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, I could and would competently testify to these matters.

2.      Attached as **Exhibit 1** is Yotta's proposed First Amended Complaint, showing in redline all changes against the original Complaint Yotta filed on September 13, 2024 (Dkt. No.1). Changes to the allegations appear on page 6 (paragraphs numbered 29-33) and on page 16 (paragraph 96) of Exhibit 1.

3.      Attached as **Exhibit 2** is a clean copy of the proposed First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 23, 2025 in New York, New York.

**DATED:**      New York, New York
                January 23, 2025

                        By:             /s/ Rishi Bhandari
                                        Rishi Bhandari

                                        MANDEL BHANDARI LLP
                                        Rishi Bhandari
                                        80 Pine Street, 33rd Floor
                                        New York, NY 10005
                                        T:  (212) 269-5600
                                        F:  (646) 964-6667
                                        rb@mandelbhandari.com

                                        *Attorneys for Plaintiff Yotta
                                        Technologies Inc.*

1