RISHI BHANDARI (SBN 226055)
rb@mandelbhandari.com
**MANDEL BHANDARI LLP**
80 Pine Street, 33rd Floor
New York, NY 10005
Telephone: (212) 269-5600
Facsimile: (646) 964-6667

*Attorneys for Plaintiff*
YOTTA TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOTTA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> -against- <br><br> EVOLVE BANCORP, INC., and EVOLVE BANK & TRUST, <br><br> Defendants. | Docket No: 3:24-cv-6456 <br><br> **STATEMENT OF NONOPPOSITION TO REQUEST FOR JUDICIAL NOTICE** <br><br> Judge: Hon. Trina L. Thompson <br> Trial Date: June 21, 2027 <br> Date Action Filed: Sept. 13, 2024 |

Pursuant to Civil Local Rule 7-3(b), Plaintiff Yotta Technologies Inc. submits this Statement of Nonopposition to Defendant Evolve Bank and Trust's Request for Judicial Notice (Dkt. No. 28).

**DATED:** New York, New York
January 23, 2025

By: /s/ Rishi Bhandari
Rishi Bhandari

MANDEL BHANDARI LLP
Rishi Bhandari
80 Pine Street, 33rd Floor
New York, NY 10005
T: (212) 269-5600
F: (646) 964-6667
rb@mandelbhandari.com

*Attorneys for Plaintiff Yotta Technologies Inc.*