UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVOLVE BANK & TRUST,<br><br>　　　　　Defendant. | Case No. 24-cv-06456-TLT (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 71 |

　　　In ECF No. 71, Plaintiff's counsel filed what looks like a joint discovery letter brief. It begins: "Pursuant to the Court's Standing Order in Civil Cases § 21, Plaintiff *and Defendant* submit this *joint* letter addressing Plaintiff's request to compel Defendant to produce several categories of documents." (emphasis added). It goes on to have a "Plaintiff's Section" and a "Defendant's Section" that purport to relay both sides' arguments. However, it is signed only by Plaintiff's counsel, and there is no ECF attestation for other signatories. *See* Civ. L.R. 5-1(i)(3). In ECF No. 72, Defendant states that it did not consent to the filing, and thus that it is not a joint letter.

　　　Accordingly, the Court **DENIES** ECF No. 71 without prejudice to a properly filed joint discovery letter brief.

　　　**IT IS SO ORDERED.**

Dated: August 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Hixson
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge