UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC., <br> Plaintiff, <br> v. <br> EVOLVE BANK & TRUST, <br> Defendant. | Case No. 24-cv-06456-TLT   (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 74 |

In ECF No. 74 Yotta moves to compel three categories of documents. The Court held a hearing on October 1, 2025. This order briefly summarizes the outcome of the hearing.

Category 1. This category is RFP 1. The Court **ORDERS** the parties to meet and confer and no later than October 8, 2025 to file one of two things: A notice that they have resolved their dispute or a joint discovery letter brief not to exceed five pages setting forth their respective views.

Category 2. As discussed at the hearing, this category does not currently have a ripe dispute.

Category 3. The Court **ORDERS** the parties to meet and confer concerning RFPs 34, 35, 36, 39, 40, 42 and 44 and no later than October 15, 2025, to file one of two things: A notice that they have resolved their disputes or a joint discovery letter brief not to exceed five pages setting forth their respective views. If the parties believe that more than five pages are needed to address these disputes, they shall file a stipulation and proposed order to lengthen the page limit.

This order terminates ECF No. 74.

**IT IS SO ORDERED.**

Dated: October 1, 2025

THOMAS S. HIXSON <br>
United States Magistrate Judge