UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOTTA TECHNOLOGIES INC.,

              Plaintiff,

     v.

EVOLVE BANK & TRUST,

              Defendant.

Case No.  24-cv-06456-TLT   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 99

The Court **ORDERS** Evolve to use the definitions of Yotta, Evolve and Synapse set forth in Yotta's requests for production.  As the party seeking discovery, Yotta cannot be expected to know, for example, when something was done not by the entity itself but by a subsidiary, affiliate, consultant, and so on.  Its broad definition of each entity is therefore appropriate in this situation.

     **IT IS SO ORDERED.**

Dated: November 7, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California