# Exhibit B

**Burleigh, Miwako**

| | |
|---|---|
| **From:** | Davis, Sarah |
| **Sent:** | Thursday, December 4, 2025 11:41 AM |
| **To:** | Donald Conklin |
| **Cc:** | Evan Mandel; Patel, Amisha R.; Swaminathan, Aravind; Leah Vickers; Rishi Bhandari; Robert Glunt; Shapiro, Marc R.; Austin Nuckols |
| **Subject:** | RE: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests |

Thanks, Don. We will update Ex. B to be the full email chain and get this on file.

---

**From:** Donald Conklin <dc@mandelbhandari.com>
**Sent:** Thursday, December 4, 2025 11:28 AM
**To:** Davis, Sarah <sdavis@orrick.com>
**Cc:** Evan Mandel <em@mandelbhandari.com>; Patel, Amisha R. <apatel@orrick.com>; Swaminathan, Aravind <aswaminathan@orrick.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols <an@mandelbhandari.com>
**Subject:** Re: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

**[EXTERNAL]**

Sarah, attached are revisions to our section of the letter and a PDF showing changes.

On Thu, Dec 4, 2025 at 1:19 PM Davis, Sarah <sdavis@orrick.com> wrote:

> Don,
>
> Attached please find our changes to reflect the meet and confer. Please provide us with any edits to your section ASAP.
>
> Best,
>
> **Sarah Davis**
> Counsel
>
> Orrick
> San Francisco
> T 415-619-3421
> sdavis@orrick.com
>
> Pronouns: she/her

orrick

**From:** Donald Conklin <dc@mandelbhandari.com>
**Sent:** Thursday, December 4, 2025 7:53 AM
**To:** Davis, Sarah <sdavis@orrick.com>
**Cc:** Evan Mandel <em@mandelbhandari.com>; Patel, Amisha R. <apatel@orrick.com>; Swaminathan, Aravind <aswaminathan@orrick.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols <an@mandelbhandari.com>
**Subject:** Re: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

**[EXTERNAL]**

Sarah, we are available to meet and confer today before 1 p.m. EST. Let us know your availability. We will send any changes to our section after that. Thanks.

On Thu, Dec 4, 2025 at 1:02 AM Davis, Sarah <sdavis@orrick.com> wrote:

Evan,

Nothing was novel about the additional changes that we included in the letter—our position was plainly laid out below and is straightforward. Your refusal to respond is bad faith. Nonetheless, our further changes to the joint letter are in redline in the attached. We are available to meet and confer tomorrow morning and request any further changes to your section by noon ET.

**Sarah Davis**
Counsel

Orrick
San Francisco

T 415-619-3421
sdavis@orrick.com

Pronouns: she/her

orrick

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Wednesday, December 3, 2025 7:09 PM
**To:** Davis, Sarah <sdavis@orrick.com>
**Cc:** Donald Conklin <dc@mandelbhandari.com>; Patel, Amisha R. <apatel@orrick.com>; Swaminathan, Aravind <aswaminathan@orrick.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols <an@mandelbhandari.com>
**Subject:** Re: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

**[EXTERNAL]**

Sarah,

Attached please find our section of the joint letter. The comparison is run against the version of the letter you sent last night. Provided no changes are made, you have our authority to file the attached letter. If you want to make changes, it is after 10pm my time and I will review them in the morning.

We obviously are not responding to a new issue in 90 minutes. We asked you to provide us your joint section on the novel issue yesterday, and you waited 24 hours to do it. It will have to be a separate letter.

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax: (646) 964-6667
em@mandelbhandari.com

On Wed, Dec 3, 2025 at 8:27 PM Davis, Sarah <sdavis@orrick.com> wrote:

Evan/Don,

It is unacceptable that Yotta still has not provided its portion of the joint discovery letter after having notice of the dispute for nearly 48 hours and having Evolve's portion of the joint letter for more than a day. Yotta has represented it has at least six lawyers working on this case. Only two of them were in today's deposition. Please provide promptly provide Yotta's statement by 7pm PT so that the letter can be filed today. Consistent with our correspondence yesterday, enclosed is a revised version of our portion reflecting concerns over Yotta's repeated pattern of delay in promptly addressing disputes in the last month of discovery.

**Sarah Davis**
Counsel

Orrick
San Francisco
T 415-619-3421
sdavis@orrick.com

Pronouns: she/her

orrick

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Tuesday, December 2, 2025 4:51 PM
**To:** Davis, Sarah <sdavis@orrick.com>
**Cc:** Donald Conklin <dc@mandelbhandari.com>; Patel, Amisha R. <apatel@orrick.com>; Swaminathan, Aravind <aswaminathan@orrick.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols <an@mandelbhandari.com>
**Subject:** Re: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

**[EXTERNAL]**

Sarah,

If you are going to add issues to the letter, please do so ASAP. Even under your brand new rubric (which Evolve itself never lived by), we would have 24 hours to respond to whatever joint letters are provided.

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax: (646) 964-6667
em@mandelbhandari.com

On Tue, Dec 2, 2025 at 7:00 PM Davis, Sarah <sdavis@orrick.com> wrote:

Don,

We are disappointed in what appears to be purposeful delay by Yotta in promptly raising this discovery dispute before the Court, particularly when it relates to such a profound disparity in discovery between the Parties. That Yotta is now attempting to use the fact that depositions are proceeding as a basis to not respond is particularly galling. Discovery closes in 17 days. If Yotta is not going to work cooperatively to address disputes in a timely fashion, we will need to incorporate that into our portion of the letter and ask that the Court order the Parties to submit joint letters within 24 hours. Please provide your response by 12 pm PT tomorrow. You have plenty of lawyers, you can handle a 2-page response.

Best,

Sarah

**From:** Donald Conklin <dc@mandelbhandari.com>
**Sent:** Tuesday, December 2, 2025 3:29 PM
**To:** Davis, Sarah <sdavis@orrick.com>
**Cc:** Patel, Amisha R. <apatel@orrick.com>; Evan Mandel <em@mandelbhandari.com>; Swaminathan, Aravind <aswaminathan@orrick.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols <an@mandelbhandari.com>
**Subject:** Re: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

**[EXTERNAL]**

Sarah,

I don't believe Evolve has ever responded to a joint letter the same day that it was provided by Yotta. Typically, Evolve does not respond for several business days. On at least one occasion, I believe that Evolve did not respond for more than a week (perhaps even two weeks).

As you know, there are depositions in this case tomorrow and Thursday. We will do our best to respond to your letter tomorrow. We will be attaching this email chain to our section.

Don

Donald Conklin
Mandel Bhandari LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Office: (212) 269-5600 x1003

Direct: (212) 381-0079
Fax: (646) 964-6667
dc@mandelbhandari.com

On Tue, Dec 2, 2025 at 5:17 PM Davis, Sarah <sdavis@orrick.com> wrote:

Don,

You cannot shift Yotta's obligations under Federal Rule of Civil Procedure 34—*e.g.*, to respond to each item and to produce documents responsive to each request—to Evolve. Yotta's responses and objections violate both the Federal Rules and the Court's Oct. 31, 2025 order. Please provide Yotta's portion of the joint discovery letter by 5 pm PT at the latest so that it can be filed with the Court **today.** We will be including this email chain along with your responses as exhibits to the discovery letter.

**Sarah Davis**
Counsel

Orrick
San Francisco
T 415-619-3421
sdavis@orrick.com

Pronouns: she/her

orrick

**From:** Donald Conklin <dc@mandelbhandari.com>
**Sent:** Tuesday, December 2, 2025 1:55 PM
**To:** Patel, Amisha R. <apatel@orrick.com>
**Cc:** Evan Mandel <em@mandelbhandari.com>; Davis, Sarah <sdavis@orrick.com>; Swaminathan, Aravind <aswaminathan@orrick.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols <an@mandelbhandari.com>
**Subject:** Re: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

**[EXTERNAL]**

Amisha,

Evolve's Second Set of Requests seek overly broad categories of documents that would be inappropriate if they were interposed at any stage of this case. However, given the breadth of the Requests, even if Yotta wanted to collect, review and produce these documents in the last 45 days of discovery, it would be impossible to do so, particularly given the fact that (because of Evolve) all of the depositions in the case are being squeezed into the last thirteen business days of discovery. Evolve made an intentional decision to obstruct discovery between February and early November. That decision has consequences, including leaving very little time to respond to requests that Evolve could have served a year before they were actually served.

Fortunately for Evolve, Yotta made an incredibly broad production of relevant documents. If there are very specific relevant documents or groups of relevant documents that Evolve believes are missing from the production, Evolve should identify them. To the extent that Evolve identifies such documents and it is practical to collect, review, and produce such documents in the days left in the fact discovery period, Yotta will do so.

Don

On Tue, Dec 2, 2025 at 4:41 PM Patel, Amisha R. <apatel@orrick.com> wrote:

Evan,

You have not responded to my question below. Enclosed is our portion of a joint letter on this issue. Please provide Yotta's portion no later than 6pm ET.

Best,

Amisha

**Amisha R. Patel** | Orrick | 202-339-8457

**From:** Patel, Amisha R.
**Sent:** Monday, December 1, 2025 7:50 PM
**To:** 'Evan Mandel' <em@mandelbhandari.com>; Davis, Sarah <sdavis@orrick.com>
**Cc:** Swaminathan, Aravind <aswaminathan@orrick.com>; Donald Conklin <dc@mandelbhandari.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols <an@mandelbhandari.com>
**Subject:** RE: Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

Evan,

These responses state that Yotta is refusing to produce additional documents responsive to 29 of the 30 requests. However, Yotta does not confirm whether it has or has not already produced documents responsive to the requests. Please clarify. These requests were served on October 30th, before Judge Hixson ordered the parties' substantial completion deadline the next day. Yotta's allegation that these document requests were propounded in bad faith is meritless. When the requests were propounded, Yotta still had not produced a single document in this case. If Yotta is refusing to produce documents on the ground that its November 11th substantial production absolves it from producing documents responsive to Evolve's targeted requests, that is something that we need to raise with the Court immediately. Please provide your portion of a joint letter on this issue no later than 3pm ET tomorrow.

Best,

Amisha

**Amisha R. Patel** | Orrick | 202-339-8457

**From:** Evan Mandel <em@mandelbhandari.com>
**Sent:** Monday, December 1, 2025 7:04 PM
**To:** Patel, Amisha R. <apatel@orrick.com>; Davis, Sarah <sdavis@orrick.com>
**Cc:** Swaminathan, Aravind <aswaminathan@orrick.com>; Donald Conklin <dc@mandelbhandari.com>; Leah Vickers <lv@mandelbhandari.com>; Rishi Bhandari <rb@mandelbhandari.com>; Robert Glunt <glunt@mandelbhandari.com>; Shapiro, Marc R. <mrshapiro@orrick.com>; Austin Nuckols

<an@mandelbhandari.com>
**Subject:** Yotta v. Evolve - Yotta's Responses and Objections to Second Set of Doc Requests

**[EXTERNAL]**

Amisha and Sarah,

Please see the attached objections and responses.

Evan

--

Evan Mandel
Mandel Bhandari LLP
80 Pine St., 33rd Floor
New York, NY 10005
Office: (212) 269-5600
Direct: (212) 381-0055

Fax: (646) 964-6667
em@mandelbhandari.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

--

Donald Conklin
Mandel Bhandari LLP

80 Pine Street, 33rd Floor
New York, NY 10005
Office: (212) 269-5600 x1003

Direct: (212) 381-0079
Fax: (646) 964-6667
dc@mandelbhandari.com

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

--

Donald Conklin
Mandel Bhandari LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Office: (212) 269-5600 x1003

Direct: (212) 381-0079
Fax: (646) 964-6667
dc@mandelbhandari.com

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

--

Donald Conklin
Mandel Bhandari LLP
80 Pine Street, 33rd Floor
New York, NY 10005
Office: (212) 269-5600 x1003
Direct: (212) 381-0079
Fax: (646) 964-6667
dc@mandelbhandari.com