ARAVIND SWAMINATHAN (PRO HAC VICE)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:     +1 206 839 4300
Facsimile:     +1 206 839 4301

MARC R. SHAPIRO (PRO HAC VICE)
mrshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:     +1 212 506 3546
Facsimile:     +1 212 506 5151

SARAH DAVIS (STATE BAR NO. 275145)
sdavis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendant
Evolve Bank & Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC., | Case No. 3:24 CV-06456-TLT |
| Plaintiff, | [~~PROPOSED~~] ORDER RE: EVOLVE BANK & TRUST'S RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED **AS MODIFIED BY COURT |
| v. | |
| EVOLVE BANK & TRUST, | |
| Defendant. | Judge:     Hon. Trina L. Thompson<br>Trial Date: June 21, 2017<br>Date Action Filed: Sept. 13, 2024 |

The Court has considered Plaintiff's administrative motion, Evolve's response to the motion and supporting materials, and finds good cause to **GRANT** Evolve's request to maintain the materials in the table below under seal:

| Document | Description of Portion to Remain Sealed |
| --- | --- |
| Exhibit A | Privilege log excerpt (entire exhibit) |
| Exhibit B | Privilege log excerpt (entire exhibit) |
| Exhibit C | Privilege log excerpt (exhibit B to letter) |
| Exhibit D | Privilege log excerpt (exhibit B to letter) |

The Court finds that the interests in sealing these materials outweigh any public right of access to them and that only sealing those materials will safeguard the relevant interests. The materials listed above shall be maintained under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: __January 22, 2026__

United States Magistrate Judge

The Court ORDERS Evolve to file Exhibits C and D (without the privilege log excerpt) in the public record within five days.

[PROPOSED] ORDER RE: RESPONSE TO ADMINISTRATIVE MOTION TO CONSIDER SEALING
3:24 CV-06456-TLT