UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC., <br> Plaintiff, <br> v. <br> EVOLVE BANK & TRUST, <br> Defendant. | Case No. 24-cv-06456-TLT (TSH) <br><br> **ORDER RE MOTION TO SEAL** <br> Re: Dkt. Nos. 142, 144 |

The Court does not agree that the entirety of the Vendetti deposition may be filed under seal, and therefore denies Evolve's request. Evolve has seven days to propose narrowly tailored redactions to the deposition transcript.

**IT IS SO ORDERED.**

Dated: January 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge