1  ARAVIND SWAMINATHAN (PRO HAC VICE)
   aswaminathan@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   401 Union Street, Suite 3300
3  Seattle, WA 98101
   Telephone:    +1 206 839 4300
4  Facsimile:    +1 206 839 4301

5  MARC R. SHAPIRO (PRO HAC VICE)
   mrshapiro@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
7  New York, NY 10019-6142
   Telephone:    +1 212 506 3546
8  Facsimile:    +1 212 506 5151

9  SARAH DAVIS (STATE BAR NO. 275145)
   sdavis@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
11 405 Howard Street
   San Francisco, CA 94105-2669
12 Telephone:    +1 415 773 5700
   Facsimile:    +1 415 773 5759
13
   Attorneys for Defendant
14 Evolve Bank & Trust

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18
19 YOTTA TECHNOLOGIES INC.,              Case No. 3:24 CV-06456-TLT

20              Plaintiff,               **DECLARATION OF CHRISTOPHER VENDETTI IN SUPPORT OF AMENDED RESPONSE TO ADMINISTRATIVE MOTION**
21      v.

22 EVOLVE BANK & TRUST,                  Judge:    Hon. Trina L. Thompson
                                         Trial Date: June 21, 2027
23              Defendant.               Date Action Filed: Sept. 13, 2024

24
25
26
27
28
                                         DECLARATION OF CHRISTOPHER
                                         VENDETTI ISO AMENDED RESPONSE TO
                                         ADMINISTRATIVE MOTION TO SEAL
                                         3:24 CV-06456-TLT

I, Christopher Vendetti, declare as follows:

1. I am the Senior Vice President of Finance of the Open Banking Division at Evolve Bank & Trust ("Evolve"). I have worked for Evolve since September 2017, first as SBA Controller, then as Open Banking Controller, before assuming my current role in October 2025.

2. I am over eighteen years of age and am competent to make this Declaration. I submit this Declaration in support of Evolve's Amended Response to Administrative Motion to Consider Whether Another Party's Material Should Be Sealed pursuant to Local Rule 79-5(f).

3. Evolve seeks to seal portions of the transcript of Evolve's 30(b)(6) deposition, wherein I served as the 30(b)(6) designee on December 11, 2025. A true and correct copy of the non-final transcript is attached as Exhibit A (the "Transcript").

4. The excerpted portions of the Transcript discuss confidential, commercially sensitive, and proprietary business information that should be sealed from the public record. Specifically, the redacted excerpts contain discussions of Evolve's financial, pricing and business strategy information such as proprietary and confidential internal programs, processes, and policies, financial plans and objectives, and commercially sensitive engagements with third parties, as well as the sensitive and proprietary confidential business information of and pertaining to third parties not named in this action.

5. The excerpted portions of the Transcript also discuss sensitive customer information, including account numbers and other personal identifiers, as well as agreements that have already been submitted under seal by Evolve, including the September 23, 2022 Master Banking Services Agreement and the September 28, 2022 Amendment between Evolve and Synapse Financial Technologies, Inc.

6. If made public, the information disclosed in the Transcript could be used for improper purposes by Evolve's competitors, threatening its business strategies and competitive standing.

Docusign Envelope ID: 7BD008B5-6DA1-473A-8038-A94183B0BAD7

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2026 at Memphis, Tennessee.

*Chris Vendetti*
Christopher Vendetti

DECLARATION OF CHRISTOPHER VENDETTI ISO AMENDED RESPONSE TO ADMINISTRATIVE MOTION TO SEAL
3:24 CV-06456-TLT