1  ARAVIND SWAMINATHAN (PRO HAC VICE)
   aswaminathan@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   401 Union Street, Suite 3300
3  Seattle, WA 98101
   Telephone:   +1 206 839 4300
4  Facsimile:    +1 206 839 4301

5  MARC R. SHAPIRO (PRO HAC VICE)
   mrshapiro@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   51 West 52nd Street
7  New York, NY 10019-6142
   Telephone:   +1 212 506 3546
8  Facsimile:    +1 212 506 5151

9  SARAH DAVIS (STATE BAR NO. 275145)
   sdavis@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
11 405 Howard Street
   San Francisco, CA 94105-2669
12 Telephone:   +1 415 773 5700
   Facsimile:    +1 415 773 5759
13
   Attorneys for Defendant
14 Evolve Bank & Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> EVOLVE BANK & TRUST, <br><br> Defendant. | Case No. 3:24 CV-06456-TLT <br><br> **[PROPOSED] ORDER RE: AMENDED RESPONSE TO ADMINISTRATIVE MOTION TO SEAL** <br><br> Judge:    Hon. Trina L. Thompson <br> Trial Date: June 21, 2027 <br> Date Action Filed: Sept. 13, 2024 |

1  The Court has considered Plaintiff's administrative motion, Evolve's amended response to
2  the motion and supporting materials, and finds good cause to **GRANT** Evolve's request to
3  maintain the materials in the table below under seal:

| Document | Description of Portion to Remain Sealed |
|---|---|
| Transcript of Evolve's 30(b)(6) Deposition by Christopher Vendetti | The portions of Evolve's 30(b)(6) Deposition Transcript by Christopher Vendetti, as shown in Exhibit A as redacted or outlined with a red line, which include the following page and line numbers:<br><br>Pages 3:19, 4:18-19, 5:10, 9:18, 9:21, 11:3-25, 13:12-13, 31:13-14, 31:17-32:13, 36:25-37:4, 37:7-11, 37:13-14, 37:22-24, 38:15-39:5, 44:22-23, 44:25-45:3, 46:3-4, 46:6-13, 46:15-18, 46:21-23, 46:25-47:5, 47:6-7, 47:9-11, 47:13, 47:16, 48:6-8, 48:15-17, 48:19-20, 48:22-49:2, 49:4-8 , 49:11, 49:21, 50:4, 50:24-51:5, 51:8-9 , 70:3, 70:15, 70:16-17, 70:22-23, 70:25-71:6, 71:7-9 , 71:16-17, 71:20-21, 72:9-10, 73:1-3, 73:5-18, 73:19, 73:20-22, 73:24-74:3, 74:4, 74:7, 74:8, 74:10, 78:7-10, 78:11, 78:15-17, 78:22-24, 82:2-4, 82:6-8, 82:9-11, 82:12-13, 82:14-17, 82:18-21, 82:22-23, 82:25-83:1, 83:2-4, 83:7-10, 83:12, 83:13-14, 83:16-19, 83:22-23, 83:24-84:2, 86:11, 86:12-13, 86:14, 86:15, 91:4-7, 91:11-12, 91:13, 91:14-17, 91:18, 91:19-22, 91:24-92:2, 92:3-5, 92:7-14, 92:16, 92:18-22, 92:24-93:2, 93:4-6, 93:8-12, 93:14-15, 93:16-94:3, 94:7-8, 94:10-12, 96:5-24, 98:19-23, 99:1-100:1, 100:3-20, 100:23-101:5, 101:7-23, 101:25-103:7, 118:15-24, 119:5, 119:6, 119:8, 119:13, 120:2, 120:3, 122:9-123:4, 123:15, 124:8, 139:23-140:2, 140:3-4, 142:1-2, 142:8-143:8, 143:10-23, 144:1-15, 145:6-8, 145:9-146:6,155:18-23, 155:24, 156:1-4, 156:5-7, 156:12-18, 157:7-8, 162:9, 162:10-18, 163:11-14, 163:17-19, 163:20-25, 164:1-4, 164:6-9, 164:10-11, 164:12-14, 164:15-19, 164:20-165:4, 165:5-11, 165:12-19, 165:20-166:1, 166:3-8, 166:9-15, 166:18-21, 166:23-24, 169:3<br>169:19, 170:4, 171:23, 173:9, 173:11-13, 174:18, 174:22-175:3, 175:10, 175:11, 175:12, 175:18, 175:21, 175:24, 176:3, 176:12, 176:14, 176:15, 176:22-23, 177:3, 177:7, 177:16-20, 178:4, 178:6, 178:8, 178:15, 178:19, 178:21, 179:6, 179:12, |

| Document | Description of Portion to Remain Sealed |
|---|---|
| | 179:23, 180:11, 180:16, 181:12, 181:20, 181:22, 182:1, 182:14, 183:5-8, 195:24, 196:13, 196:14, 197:7, 197:8, 198:5, 202:7-12, 202:14-15, 204:23-24, 205:1, 205:9-11, 205:12-14, 205:17-18, 206:2-3, 207:1, 207:2-7, 207:8-209:8, 209:10-210:8, 210:10-14, 210:16-211:8, 211:11-24, 211:25-212:4, 212:7-10, 212:13-16, 219:25-220:2, 220:7-9, 226:16-18, 232:16, 233:1-8, 233:12, 233:14-18, 233:19-234:12, 234:14-16, 234:19-20, 234:22-235:5, 235:7-9, 235:10-236:2, 236:3, 236:7-237:6, 237:7-13, 237:16-238:7, 238:12-13, 238:15-18, 238:23-24, 239:2, 239:5-6, 239:7, 239:13-16, 239:19, 239:25-240:1, 240:4, 240:5-11, 240:13-19, 240:22, 240:24-241:4, 241:6, 241:20-21, 241:25, 242:2-10, 242:13-20, 242:21-243:8, 243:11-25, 244:4-5, 244:6-9, 244:11-245:4, 245:7-246:2, 246:5-9, 246:13-19, 246:23-247:23, 248:2-12, 248:16-249:11, 261:22-262:8, 262:13-22, 262:23, 262:24-25, 263:2-3, 263:5-8, 263:10-15, 263:16, 263:17-21, 263:24-264:5, 265:3-7, 265:17-19, 265:23-266:3, 266:4-10, 266:13-15, 266:20-267:1, 267:5-8, 267:11-14, 268:4-7, 268:16-19, 269:2-6, 269:14-16, 269:19-24, 269:25-270:7, 270:9-11, 271:10, 271:13, 271:15-19, 271:25-272:2, 272:10-15, 272:24-25, 273:6-7, 273:10-11, 273:13-14, 273:16-24, 274:20-22, 280:25-281:1, 281:7-11, 281:12, 281:16, Transcript Index pages 1-33 (pages 287-319 of the PDF). |

The Court finds that the interests in sealing these materials outweigh any public right of access to them and that only sealing the materials will safeguard the relevant interests. The materials listed above shall be maintained under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: _____

_____
Magistrate Judge Thomas S. Hixson