ARAVIND SWAMINATHAN (PRO HAC VICE)
aswaminathan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone:     +1 206 839 4300
Facsimile:     +1 206 839 4301

MARC R. SHAPIRO (PRO HAC VICE)
mrshapiro@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:     +1 212 506 3546
Facsimile:     +1 212 506 5151

SARAH DAVIS (STATE BAR NO. 275145)
sdavis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:     +1 415 773 5700
Facsimile:     +1 415 773 5759

Attorneys for Defendant
Evolve Bank & Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC., | Case No. 3:24 CV-06456-TLT |
| Plaintiff, | **[PROPOSED] ORDER RE: AMENDED RESPONSE TO ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| EVOLVE BANK & TRUST, | Judge:     Hon. Trina L. Thompson |
| Defendant. | Trial Date: June 21, 2027<br>Date Action Filed: Sept. 13, 2024 |

The Court has considered Plaintiff's administrative motion, Evolve's amended response to the motion and supporting materials, and finds good cause to **GRANT** Evolve's request to maintain the materials in the table below under seal:

| Document | Description of Portion to Remain Sealed |
|---|---|
| Transcript of Evolve's 30(b)(6) Deposition by Christopher Vendetti | The portions of Evolve's 30(b)(6) Deposition Transcript by Christopher Vendetti, as shown in Exhibit A as redacted or outlined with a red line, which include the following page and line numbers:<br><br>Pages 3:19, 4:18-19, 5:10, 9:18, 9:21, 11:3-25, 13:12-13, 31:13-14, 31:17-32:13, 36:25-37:4, 37:7-11, 37:13-14, 37:22-24, 38:15-39:5, 44:22-23, 44:25-45:3, 46:3-4, 46:6-13, 46:15-18, 46:21-23, 46:25-47:5, 47:6-7, 47:9-11, 47:13, 47:16, 48:6-8, 48:15-17, 48:19-20, 48:22-49:2, 49:4-8 , 49:11, 49:21, 50:4, 50:24-51:5, 51:8-9 , 70:3, 70:15, 70:16-17, 70:22-23, 70:25-71:6, 71:7-9 , 71:16-17, 71:20-21, 72:9-10, 73:1-3, 73:5-18, 73:19, 73:20-22, 73:24-74:3, 74:4, 74:7, 74:8, 74:10, 78:7-10, 78:11, 78:15-17, 78:22-24, 82:2-4, 82:6-8, 82:9-11, 82:12-13, 82:14-17, 82:18-21, 82:22-23, 82:25-83:1, 83:2-4, 83:7-10, 83:12, 83:13-14, 83:16-19, 83:22-23, 83:24-84:2, 86:11, 86:12-13, 86:14, 86:15, 91:4-7, 91:11-12, 91:13, 91:14-17, 91:18, 91:19-22, 91:24-92:2, 92:3-5, 92:7-14, 92:16, 92:18-22, 92:24-93:2, 93:4-6, 93:8-12, 93:14-15, 93:16-94:3, 94:7-8, 94:10-12, 96:5-24, 98:19-23, 99:1-100:1, 100:3-20, 100:23-101:5, 101:7-23, 101:25-103:7, 118:15-24, 119:5, 119:6, 119:8, 119:13, 120:2, 120:3, 122:9-123:4, 123:15, 124:8, 139:23-140:2, 140:3-4, 142:1-2, 142:8-143:8, 143:10-23, 144:1-15, 145:6-8, 145:9-146:6,155:18-23, 155:24, 156:1-4, 156:5-7, 156:12-18, 157:7-8, 162:9, 162:10-18, 163:11-14, 163:17-19, 163:20-25, 164:1-4, 164:6-9, 164:10-11, 164:12-14, 164:15-19, 164:20-165:4, 165:5-11, 165:12-19, 165:20-166:1, 166:3-8, 166:9-15, 166:18-21, 166:23-24, 169:3 169:19, 170:4, 171:23, 173:9, 173:11-13, 174:18, 174:22-175:3, 175:10, 175:11, 175:12, 175:18, 175:21, 175:24, 176:3, 176:12, 176:14, 176:15, 176:22-23, 177:3, 177:7, 177:16-20, 178:4, 178:6, 178:8, 178:15, 178:19, 178:21, 179:6, 179:12, |

| Document | Description of Portion to Remain Sealed |
|---|---|
| | 179:23, 180:11, 180:16, 181:12, 181:20, 181:22, 182:1, 182:14, 183:5-8, 195:24, 196:13, 196:14, 197:7, 197:8, 198:5, 202:7-12, 202:14-15, 204:23-24, 205:1, 205:9-11, 205:12-14, 205:17-18, 206:2-3, 207:1, 207:2-7, 207:8-209:8, 209:10-210:8, 210:10-14, 210:16-211:8, 211:11-24, 211:25-212:4, 212:7-10, 212:13-16, 219:25-220:2, 220:7-9, 226:16-18, 232:16, 233:1-8, 233:12, 233:14-18, 233:19-234:12, 234:14-16, 234:19-20, 234:22-235:5, 235:7-9, 235:10-236:2, 236:3, 236:7-237:6, 237:7-13, 237:16-238:7, 238:12-13, 238:15-18, 238:23-24, 239:2, 239:5-6, 239:7, 239:13-16, 239:19, 239:25-240:1, 240:4, 240:5-11, 240:13-19, 240:22, 240:24-241:4, 241:6, 241:20-21, 241:25, 242:2-10, 242:13-20, 242:21-243:8, 243:11-25, 244:4-5, 244:6-9, 244:11-245:4, 245:7-246:2, 246:5-9, 246:13-19, 246:23-247:23, 248:2-12, 248:16-249:11, 261:22-262:8, 262:13-22, 262:23, 262:24-25, 263:2-3, 263:5-8, 263:10-15, 263:16, 263:17-21, 263:24-264:5, 265:3-7, 265:17-19, 265:23-266:3, 266:4-10, 266:13-15, 266:20-267:1, 267:5-8, 267:11-14, 268:4-7, 268:16-19, 269:2-6, 269:14-16, 269:19-24, 269:25-270:7, 270:9-11, 271:10, 271:13, 271:15-19, 271:25-272:2, 272:10-15, 272:24-25, 273:6-7, 273:10-11, 273:13-14, 273:16-24, 274:20-22, 280:25-281:1, 281:7-11, 281:12, 281:16, Transcript Index pages 1-33 (pages 287-319 of the PDF). |

The Court finds that the interests in sealing these materials outweigh any public right of access to them and that only sealing the materials will safeguard the relevant interests. The materials listed above shall be maintained under seal until further order of the Court.

**IT IS SO ORDERED.**

Dated: ___January 30, 2026_____

_____
Magistrate Judge Thomas S. Hixson