

# Civil Penalty Fund

In the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010, Congress established a victims relief fund, called the Civil Penalty Fund, to provide money to people who have been harmed by companies that break federal consumer financial protection laws.



## On this page:

- About the fund
- Our work
- Civil Penalty Fund by the numbers
- Frequently asked questions

## About the Fund

When the CFPB takes legal action against a person or company for breaking the law, they may be required to pay money into our Civil Penalty Fund, which is used to help compensate harmed victims who wouldn't otherwise receive compensation from the defendant in the case.

Learn more about the Civil Penalty Fund (cfpb.gov/rules-policy/final-rules/consumer-financial-civil-penalty-fund-rule/)

### Determining who receives money from the Civil Penalty Fund

You could be eligible to receive a payment through the Civil Penalty Fund if:

- You were harmed by an unlawful activity where a fine was imposed in a CFPB case.
- You won't otherwise receive full compensation from the wrongdoer.

Payments from the Civil Penalty Fund depend on the amount of money available in the fund as well as other factors.

Read the rule that governs the fund (https://www.federalregister.gov/articles/2013/05/07/2013-10320/consumer-financial-civil-penalty-fund)

## How to find out if you'll receive a payment from the Civil Penalty Fund

If you're a victim in a case brought by the CFPB, you can refer to the Payments by Case page (cfpb.gov/enforcement/payments-harmed-consumers/payments-by-case/) to see which payment distributions are currently in process. You can click the case name to find out who to contact about whether you'll receive a payment.

If the case isn't listed on that page, the distribution process may not have begun, and you can check back for future updates.

## What cases have received an allocation?

In accordance with the Civil Penalty Fund rule, the Bureau allocated the following amounts to the eligible classes of victims in the following cases and to consumer education and financial literacy programs:

**NOVEMBER 28, 2025**

Synapse Financial Technologies, Inc. $46,248,291

**MAY 30, 2025**

Integrity Advance, et al. $31,373,759

USASF Servicing, LLC $32,627,689

Climb Credit $6,618,000

Performant Recovery, Inc. $14,046,207

Lexington Law Class A $68,037,189

**NOVEMBER 29, 2024**

Bloomtech, Inc. $58,075,874

Western Benefits Group $974,590

Lexington Law Class A $49,021,494

**MAY 30, 2024**

Prehired, LLC $4,248,249

Lexington Law Class A $104,492,941

**NOVEMBER 29, 2023**

Driver Loan $2,863,648

Tempoe LLC $192,259,616

Lexington Law - Class A $1,725,937,273

Lexington Law - Class B $19,000,000

**MAY 30, 2023**

All American Check Cashing $8,231,553

RD Legal Funding, LLC $1,403,496

**NOVEMBER 29, 2022**

BounceBack, Inc., et al. $1,481,773

Frank Ronald Gebase, Jr. $240,995

Performance SLC, LLC, et al. $10,950,818

Hello Digit, LLC $38,220

Think Finance, LLC, et al. $384,010,544

Future Income Payments LLC, et al. $11,086,434

**MAY 27, 2022**

Access Funding, et al. $28,409,957

LendUp Loans $39,833,927

BrightSpeed Solutions, Inc $54,000,000

**NOV. 29, 2021**

College Financial Advisory $4,738,028

Yorba Capital Management, LLC, et al. $860,000

Burlington Financial Group, LLC, et al. $30,406,599

Burlington Financial Group, LLC, et al. $30,406,599

Chou Team Realty, et al. $18,833,119

**MAY 30, 2021**

SMART Payment Plan, LLC $6,000,000.00

Katharine Snyder, et al $3,864,000.00

U.S. Equity Advantage $8,400,000.00

Nationstar Mortgage LLC $1,210.57

Omni Financial of Nevada, Inc. $79,437,226.51

**NOV. 27, 2020**

Main Street Personal Finance, Inc.  $1,540,517

Certified Forensic Loan Auditors, LLC; et al.  $3,000,000

Timemark Solutions, Inc., et al.  $3,762,360

GST Factoring, Inc., et al.  $11,718,432

Premier Student Loan Center, et al. $89,366,096

**MAY 30, 2020**

Edmiston Marketing, LLC, d/b/a Easy Military Travel  $3,468,224

Universal Debt & Payment Solutions, LLC, et al. (Bagga)  $4,627,774

**NOV. 29, 2019**

Universal Debt & Payment Solutions, LLC; et al.  $558,674

Andrew Gamber, Voyager Financial Group, LLC, BAIC, Inc., and SoBell Corp.  $2,700,000

**MAY 30, 2019**

Mark Corbett  $9,027,895

Howard Law  $35,206,275

**NOV. 29, 2018**

Federal Debt Assistance Association, LLC, et al.  $4,972,389

Triton Management GRoup, Inc.  $1,022,298

Richard F. Moseley, Sr., et al. ("Hydra Group")  $69,623,528

**MAY 18, 2018**

Commercial Credit Consultants, et al.  $9,149,286

Prime Marketing Holdings, LLC  $6,149,407

**NOV. 29, 2017**

The Mortgage Law Group, LLP $18,331,737

Commercial Credit Consultants, et al. $21,500,716

Prime Marketing Holdings, LLC $14,451,033May 30, 2017

Orion Processing, LLC, d/b/a World Law Processing, et al. $98,408,416

Siringoringo et al. $20,825,000

Global Client Solutions $8,188,668

**NOV. 29, 2016**

Morgan Drexen, Inc. and Walter Ledda  $33,993,373

**MAY 27, 2016**

Morgan Drexen, Inc. and Walter Ledda  $98,889,115

Irvine Web Works, Inc. d/b/a Student Loan Processing  $7,923,548

Student Aid Institute, Steven Lamont  $3,508,900

**NOV. 27, 2015**

Hoffman Law Group f/k/a Residential Litigation $11,074,842

Student Financial Aid Services, Inc.  $9,300,000

Consumer Education and Financial Literacy Programs  $15,432,809

**MAY 29, 2015**

College Education Services LLC  $3,459,336

Union Workers Credit Services, Inc.  $18,908,744

National Corrective Group, Inc.  $23,262,067

Culver Capital, LLC  $421,481

NOV. 28, 2014

Culver Capital, LLC  $3,400,434

Amerisave Mortgage Corporation  $1,380,470

Global Client Solutions, LLC  $107,995,400

MAY 30, 2014

Meracord LLC  $11,542,229

3-D Resorts–Bluegrass, LLC.  $6,704,100

NOV. 29, 2013

American Debt Settlement Solutions, Inc.  $499,248

National Legal Help Center, Inc.  $2,057,983

MAY 30, 2013

Payday Loan Debt Solution, Inc.  $488,815

Gordon, et al.  $10,000,000

Consumer Education and Financial Literacy Programs  $13,380,000

## Our work

### Payments to harmed consumers

The CFPB takes action against companies and individuals who have broken consumer financial protection laws. If you've been harmed, you might be eligible to receive a payment through the Civil Penalty Fund.

### Governance

The fund is managed by an administrator who reports to the CFPB's Chief Financial Officer. The administrator is advised by a governance board and the rule that applies to the fund. The administrator assesses

**Check payment distributions** (cfpb.gov/enforcement/payments-harmed-consumers/payments-by-case/)

which people will receive money and how much they'll receive. The administrator also supervises the payments.

**Browse quarterly reports from our CFO** (cfpb.gov/about-us/budget-strategy/financial-reports/)

## Allocation schedule

Every six months, the fund administrator sets aside money for payments to harmed consumers. The administrator can also direct money to consumer education and financial literacy programs.

**Check the allocation schedule** (cfpb.gov/enforcement/payments-harmed-consumers/civil-penalty-fund/allocation-schedule/)

## Consumer education & financial literacy

When all eligible harmed consumers have received full compensation, or when it's not feasible to make payments to consumers, the CFPB can use Civil Penalty Fund money for consumer education and financial literacy programs.

**Learn about consumer education programs** (cfpb.gov/enforcement/payments-harmed-consumers/civil-penalty-fund/consumer-education-financial-literacy/)

## Civil Penalty Fund by the numbers (since 2010)

Last updated 12/5/25

$3.6 billion in Civil Penalty Fund payments to eligible consumers

7.7 million people have received payments from the Civil Penalty Fund

$3.8 billion collected into the Civil Penalty Fund

### Civil Penalty Fund by the numbers

Hover over each state to explore payment data



Payments to consumers

| $1M - $10M | $10M - $25M | $25M - $50M | $50M - $75M | $75M - $100M | $100M and up |
|---|---|---|---|---|---|

Date Published: 10/24/24
Download: Civil Penalty Fund state data ( https://files.consumerfinance.gov/data/cpf/production/summary_data.json )

# Frequently asked questions about the Civil Penalty Fund

What is the Civil Penalty Fund?

How much has been collected in the Civil Penalty Fund?

Who manages the Fund on a day-to-day basis?

Who sits on the Civil Penalty Fund Governance Board?

Do consumers receive payments for uncompensated harm only from the civil penalties paid by the company or person that harmed them, or can the CFPB use civil penalties collected in one case to pay consumers with uncompensated

harm in another case?

How much money do harmed consumers receive from the Civil Penalty Fund?

How do you determine the amount of a consumer's "uncompensated harm" that can be compensated from the Fund?

What does it mean to "allocate" funds?

When do harmed consumers receive funds that have been allocated to them?

What happens if there is more money in the fund than is needed to give all eligible harmed consumers full compensation for their uncompensated harm?

What happens if there is not enough money in the fund to give all eligible victims full compensation for their uncompensated harm?

How are funds allocated to consumer education and financial literacy programs?

Why haven't funds been allocated for consumer education and financial literacy programs since 2015?

Does the Civil Penalty Fund earn interest?

What is redress and how is it different from payments to harmed consumers from the Civil Penalty Fund?

Is the Civil Penalty Fund funded by taxes?

Can I apply to receive money from the Civil Penalty Fund?

View all frequently asked questions in one PDF document ⬇ (https://files.consumerfinance.gov/f/documents/CPF_FAQ_2024.12.02.pdf).

🇺🇸 An official website of the United States government