United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOTTA TECHNOLOGIES INC.,<br>Plaintiff,<br>v.<br>EVOLVE BANCORP, INC., and<br>Defendant. | Case No. 3:24-cv-06456-TLT<br><br>ORDER AMENDING PROTECTIVE ORDER |

The parties have filed a joint discovery letter brief concerning Yotta's request to modify the protective order that was So Ordered in this matter on June 17, 2025, filed at ECF No. 61 (the "Protective Order.). Good cause having been shown, Yotta's request is granted, and the Protective Order is modified as follows:

> 2.2 "CONFIDENTIAL" Information or Items: information (regardless of how it is generated, stored or maintained) or tangible things that qualify for protection under Federal Rule of Civil Procedure 26(c). This includes information that is confidential and implicates the privacy or business interests of the parties, including but not limited to: medical or personal financial information; private personnel information; trade secrets; and other proprietary or confidential business or financial information, including revenue data, transaction data, and any individual's banking relationship with any banking institution including any information regarding the individual's financial transactions or financial accounts; and any information regarding any party or third party not otherwise available to the public, which includes information protected under the Gramm-Leach-Bliley Act. All information produced under the terms of this Protective Order, including CONFIDENTIAL information, shall be used by the receiving parties only for purposes of this litigation and ~~not for any other purpose.~~/or the litigation filed as Yotta Technologies Inc. v. Evolve Bank & Trust and Synapse Financial Technologies, Inc., Case No. CGC-26-634858, in the Superior Court of California, County of San Francisco, (the "State Court Action") and not for any other purpose.
>
> 7.1 Basic Principles. A Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with this case only for prosecuting, defending, or

attempting to settle this litigation~~.~~ and/or for prosecuting, defending, or attempting to settle the State Court Action.

(a) Material used in connection with this litigation. Such Protected Material may be disclosed only to the categories of persons and under the conditions described in this Order. When the litigation has been terminated, a Receiving Party must comply with the provisions of section 13 below (FINAL DISPOSITION).

Protected Material must be stored and maintained by a Receiving Party at a location and in a secure manner that ensures that access is limited to the persons authorized under this Order.

(b) Material used in connection with the State Court Action. The use of such Protected Material in the State Court Action and its treatment upon disposition of that Action, shall be governed by the court overseeing that Action.

Other than the above modifications, the Protective Order remains in full force and effect.

IT IS SO ORDERED.

DATED: _September 18, 2026 ____ ____________________

Thomas S. Hixson
United States Magistrate Judge