UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOTTA TECHNOLOGIES, INC.,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>EVOLVE BANK & TRUST,<br><br>Defendant - Appellee. | No. 26-1535<br><br>D.C. No.<br>3:24-cv-06456-TLT<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion to dismiss this appeal (Docket Entry No. 17) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal. The court will take no further action on Docket Entry No. 16.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator